1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11

AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY,

Case No.: 2:19-cv-01163-JCM-NJK

12

Plaintiff(s),

**Order**

13
14

v.

ANATOLY M. MAKAROWSKI, et. al.,

15

Defendant(s).

16

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-

17

1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than

18

September 13, 2019.

19

IT IS SO ORDERED.

20

Dated: September 9, 2019

21
22

Nancy J. Koppe
United States Magistrate Judge

23
24
25
26
27
28